467 A.2d 45

Commonwealth v. Jones, Appellant.
Petition for Allowance of Appeal
Denied Jan. 31, 1984.

Argued September 13, 1983.
Edward Ross Eidelman, for appellant; Emil W. Kantra, II, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

The order of the lower court is affirmed.